UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

This document relates to:
*Stroup v. C.R. Bard, Inc., et al.*
Case No. 2:22-cv-2822

## ORDER

This matter is before the Court on Defendants' motion to compel production of Plaintiff's Plaintiff Profile Form ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57.)  Defendants' motion (ECF No. 3) is **GRANTED**.  Plaintiff is required to produce the completed PPF within thirty days or this case will be dismissed.

IT IS SO ORDERED.


4/10/2023
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE